## Freeney *v.* The State.

APPEAL from Criminal Court of Jefferson.

Tried before the Hon. DANIEL A. GREENE.

No counsel marked as appearing for appellant.

MASSEY WILSON, Attorney-General, for the State.

The appellant in this case, Sandy Freeney, was indicted, tried and convicted for an asault with intent to murder, and sentenced to the penitentiary for ten years. The judgment of conviction is affirmed.

Opinion by DOWDELL, J.

---

## Davis *v.* Southern Railway Co.

APPEAL from Circuit Court of Morgan.

Tried before the Hon. A. H. ALSTON.

E. W. GODBEY and W. W. CALLAHAN, for appellant.

HUMES, SHEFFEY & SPEAKE, for appellee.

This action was brought by the appellant, Susan Davis, against the appellee, the Southern Railway Co., to recover damages for personal injuries alleged to have been inflicted by reason of the negligence of the defendant.

From a judgment in favor of the defendant the plaintiff appeals.

The appeal is dismissed by agreement of parties.